# Doran & Doran, P.C.
### Attorneys at Law

69 Public Square, Suite 700
Wilkes-Barre, PA 18701-2588
Telephone: 570-823-9111
Fax: 570-829-3222
www.dorananddoran.com

John H. Doran, Esquire
jdoran@dorananddoran.com
Lisa M. Doran, Esquire
ldoran@dorananddoran.com

Wm. N. Reynolds (1847-1936)
Wm. N. Reynolds, Jr. 1874-1957)
Robert J. Doran (1895-1962)

July 15, 2019

Clerk US Bankruptcy Court
197 South Main Street
Wilkes-Barre, PA 18702

RE: Daniel W Harms fdba Danco Associates fdba Double D. Auto Rebuilders and Georgette Harms - Bk. Case No. 5-13-bk-00187-RNO – Ch. 13

Daniel W. Harms v. Wells Fargo Bank, NA as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2003-OPT1
Adversary No. 5-13-ap-00121-RNO

Dear Clerk:

I ask that you certify a Copy of the Order Approving Stipulation which was entered on November 7, 2014 (Doc 21) regarding the above captioned adversary matter and forward a copy of the Certified Document to me electronically. The fee for the certification has been paid to the Court at the time of this request.

Very truly yours,

Lisa M. Doran
ldoran@dorananddoran.com

ete